

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Inline Utilities, LLC<br><br>Plaintiff,<br>V.<br><br>Daniel J. Schreiber  Schreiber Living Trust Dtd 02/08/1995 ;Schreiber Living Trust Dtd 02/08/1995<br><br>Defendant. | Civil Action No.   20cv0670-CAB-BGS<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the foregoing reasons, it is hereby ORDERED that Defendants' motion to dismiss all five of Plaintiff's claims is GRANTED. It is SO ORDERED.

Date:        8/4/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  A. Hazard

A. Hazard, Deputy